Ronald L. Richman, SBN 139189
Susan B. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-mail: ron.richman@bullivant.com
E-mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>SONOMA ENGINEERING INC., a California corporation; and RUSSELL GERARD LINNETT, an individual,<br><br>　　　　　　　Defendants. | Case No.: C 12-2744 JSC<br><br>**PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**<br><br>Date:　　　September 20, 2012<br>Time:　　　1:30 p.m.<br>Ctroom:　　F, 15th Floor<br>　　　　　　**Hon. Jacqueline Scott Corley** |

  Plaintiffs provide the following abbreviated Case Management Conference Statement.

  On May 29, 2012 Plaintiffs filed their Complaint for Damages for Breach of Collective Bargaining Agreement and for a Mandatory Injunction ("Complaint") seeking to compel an audit of the books and records of Defendant Sonoma Engineering, Inc. Defendant Russell Gerard Linnett is the RMO/CEO/President of Defendant Sonoma Engineering, Inc.

Plaintiffs recently reached an agreement with Defendants to allow the audit. The audit is being conducted on this date, September 11, 2012. Plaintiffs anticipate it will take approximately 45 days for the audit results to be completed and provided to Defendants for their review and input. Once the audit is completed, if there are any audit discrepancies, Plaintiffs will attempt to resolve those informally with Defendants.

Based on the above, Plaintiffs respectfully request that this Court continue the Case Management Conference for forty-five (45) days.

DATED: September 11, 2012

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman
Susan B. Olson
Attorneys for Plaintiffs

### ORDER

Pursuant to the Plaintiffs' request to continue the case management conference and good cause appearing:

IT IS HEREBY ORDERED that the September 20, 2012 case management conference be continued to _November 15_, 2012 at 1:30 p.m.., Courtroom F, 15th floor.

DATED: September 17, 2012

By _____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

13868777.1

— 2 —

PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of September, 2012, I caused to be served the foregoing Case Management Conference Statement on the following party at the following address:

SONOMA ENGINEERING, INC.
RUSSELL G. LINNETT
2977 Mill Creek Road
Healdsburg, CA 95448

by:

☒ U.S. Postal Service, ordinary first class mail
☐ U.S. Postal Service, certified or registered mail, return receipt requested
☐ hand delivery
☐ other (specify) _____

_____
Terry S. Bremer