1   Ronald L. Richman, SBN 139189
    Susan B. Olson, SBN 152467
2   Bullivant Houser Bailey PC
    601 California Street, Suite 1800
3   San Francisco, California  94108
    Telephone: 415.352.2700
4   Facsimile: 415.352.2701
    E-mail: ron.richman@bullivant.com
5   E-mail: susan.olson@bullivant.com

6   Attorneys for Plaintiffs

7

                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10  BOARD OF TRUSTEES OF THE                 Case No.: C 12-2744 JSC
    LABORERS HEALTH AND WELFARE
11  TRUST FUND FOR NORTHERN                  **REQUEST FOR DISMISSAL WITHOUT**
    CALIFORNIA; BOARD OF TRUSTEES OF         **PREJUDICE; ORDER THEREON**
12  THE LABORERS VACATION-HOLIDAY
    TRUST FUND FOR NORTHERN
13  CALIFORNIA; BOARD OF TRUSTEES OF
    THE LABORERS PENSION TRUST FUND
14  FOR NORTHERN CALIFORNIA; and
    BOARD OF TRUSTEES OF THE
15  LABORERS TRAINING AND RETRAINING
    TRUST FUND FOR NORTHERN
16  CALIFORNIA,

17                 Plaintiffs,

18         vs.

19  SONOMA ENGINEERING INC., a California
    corporation; and RUSSELL GERARD
20  LINNETT, an individual,

21                 Defendants.

22

23         Plaintiffs request that this Court issue an Order dismissing this case, without prejudice,

24  against defendants, on the following grounds.  On May 29, 2012, Plaintiffs filed their Complaint

25  for Damages for Breach of Collective Bargaining Agreement and for a Mandatory Injunction

26  ("Complaint").  The purpose of the Complaint was to compel an audit of the financial records of

27  Sonoma Engineering, Inc. to determine whether defendant properly reported and paid trust fund

28  contributions on behalf of its covered employees.

                                    – 1 –

1    After the Complaint was filed, defendants allowed the audit.  The audit was conducted

2  and no discrepancies were found.

3    Based on the above, Plaintiffs request that this case be dismissed, without prejudice.

4  DATED:  October 31, 2012

5                                        BULLIVANT HOUSER BAILEY PC

6

7                                        By _____
                                            Ronald L. Richman
8                                           Susan B. Olson

9                                        Attorneys for Plaintiffs

10                                       **ORDER**

11

12    Pursuant to the Plaintiffs' request to dismiss this case without prejudice and good cause

   appearing:

13

14    IT IS HEREBY ORDERED that this case is dismissed, without prejudice. The

   November 15, 2012 case management conference is hereby vacated.

15

   DATED:  October 31, 2012

16

17                                       By _____
                                            HON. JACQUELINE S. CORLEY
18                                          UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

– 2 –